UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>  v.<br><br>BRIAN AXEL PEDRAZA CISNEROS,<br><br>                Defendant(s). | CASE NO. CR24-0081-KKE-1<br><br>ORDER GRANTING MOTION TO SEAL |

The Court has reviewed the Government's motion to seal Exhibit A, as well as the document at issue that contains judicially-authorized interceptions of wire and electronic communications. Dkt. Nos. 64, 65. No opposition to the motion was filed.

Finding that redaction is not a feasible alternative to sealing, the Court finds that the document may remain under seal under 18 U.S.C. § 2517. The Court therefore GRANTS the motion to seal. Dkt. No. 64. Exhibit A (Dkt. No. 65) shall remain under seal.

Dated this 1st day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1