The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN AXEL PEDRAZA CISNEROS,<br><br>Defendant. | NO. CR24-081-KKE-1<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Brian Axel Pedraza Cisneros:

- $8,951 in U.S. Currency, seized on or about May 14, 2024, from Defendant's residence, located at 34931 7th Ave. SW, Federal Way, Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby GRANTS the Motion (Dkt. No. 75) and FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 25, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting to the United States the Defendant's interest in it. Dkt. No. 55;

Final Order of Forfeiture - 1
*United States v. Pedraza Cisneros,* CR24-081-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 58), and sent direct notice, by means reasonably calculated to reach them, to four identified potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-C); and

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 19th day of August, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 2
*United States v. Pedraza Cisneros,* CR24-081-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970